IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD GALVAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 4:23-cv-10 |
| CLARIANT CORPORATION, | § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

Defendant Clariant Corporation ("Defendant") files this notice of removal and states:

1. **The Lawsuit.** Plaintiff Richard Galvan ("Plaintiff") filed his Plaintiff's Original Petition on December 2, 2022, in the 151st Judicial District Court, Harris County, Texas, being numbered 2022-78345 ("Petition") on the docket of said court and being a suit for personal injuries.

2. **Diversity Jurisdiction.** Plaintiff was a resident and citizen of Texas at the time this action was filed and remains a citizen of Texas as of the date of this removal. Defendant is a New York corporation with its principal place of business in Charlotte, North Carolina. Defendant was therefore a citizen of North Carolina and New York at the time this action was filed and remains a citizen of North Carolina and New York as of the date of this removal. Moreover, the matter in controversy exceeds the sum or value of $75,000, as Plaintiff seeks "well in excess of $1,000,000." (Petition, Prayer) Thus, complete diversity of citizenship exists between Plaintiff and Defendant, and the amount

in controversy is satisfied. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed by Defendant pursuant to 28 U.S.C. § 1441. Venue is proper in this Court under 28 U.S.C. § 1391, as this action was pending in a state court within this district and division.

3. **State Court Documents Attached.** Defendant was served through its registered agent on December 5, 2022. As such, this removal is timely under 28 U.S.C. § 1446(b). Pursuant to Local Rule 81, attached hereto as Exhibit "A" is an Index of State Court Matters, which contains true and correct copies of all process, pleadings, or orders received or filed in this action as of the filing of this removal. Also attached hereto as Exhibit "B" is a List of Counsel, including each attorney's bar number, addresses, telephone numbers, and parties represented.

4. **Relief Requested.** Defendant respectfully request that the United States District Court for the Southern District of Texas, Houston Division, accept this notice of removal and that it assume jurisdiction of this cause and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

Respectfully submitted,

By: /s/ Lance V. Clack
    Bill E. Davidoff
    State Bar No. 00790565
    So. Dist. No. 19513
    bill.davidoff@figdav.com
    Attorney-in-Charge
    Lance V. Clack
    State Bar No. 24040694
    So. Dist. No. 37085

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
Telephone: 214.939.2000
Facsimile: 214.939.2090

ATTORNEYS FOR DEFENDANT
CLARIANT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023 the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system and sent via email to Anthony G. Buzbee (tbuzbee@txattorneys.com), Ryan S. Pigg (rpigg@txattorneys.com), Mauricio Guevara (mguevara@txattorneys.com) and Lionel Sims, III (lsims@txattorneys.com), The Buzbee Law Firm, JP Morgan Chase Tower, 600 Travis Street, 75th Floor, Houston, TX 77002.

/s/ Lance V. Clack
Lance V. Clack